02-CR-249-01

Antoine L. Tucker
1371 North Washington AVE.
Scranton, PA 18509

To: The Honorable Thomas I. Vanaskie
    Chief United States District Judge

It is with great respesct that I address this letter of concern to you. Currently I am being held at Lackawanna County Correctional Facility. I was moved here from Pike County as a temporary transfer. I have been away from my property being heid at said facility for closeto three weeks. I have medical , and legal documents along with family phone numbers, address 's, photos, and money which at this point is still on my account at Pike County Correctional Facility. Being that I was forced to leave my property at this point not being allowed to send such important item's home is a hindrance to not only myself in reguards to having these things secure and sent to me at my institutional destination, but it's a hindrance to my family and lawyer who with numerous attempt's to rectify this situation have received no positive result's. My family and legal councel has contacted the Marshal Service's informing them that I wish to either send my property to my mother's address or have it brought down to me so I can now try to start the process of sending these important documents home myself. I have tried every possible remedy that I possess to deal with this very important issue accordingly. With my many attempt's exhausted I now ask The Honorable Court to assist me in finding closure in this matter. Thank you for your time and assistance.

Sincerely
Antoine L. Tucker

FILED
SCRANTON
JUL 07 2006
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Antoine L. Tucker
1371 North Washington AVE.
Scranton, PA 18509
     LEGAL MAIL

RECEIVED
SCRANTON
JUL 07 2006
PER _____
    DEPUTY Clerk

SCRANTON PA 185

05 JUL 2006 PM 1 T

The Honorable Thomas I. Vanaskie
Chief United States District Judge
Post Office Box 191
Scranton, PA 18501-0191

CORRESPONDENCE SENT FROM A CORRECTIONAL FACILITY - NOT RESPONSIBLE FOR ITS CONTENTS.

18501+0191    E001