# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

VS.

ANTOINE TUCKER

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:CR-02-249
USM NUMBER: 11342-067

**DATE OF ORIGINAL JUDGMENT**
JUNE 15, 2006

MELINDA C. GHILARDI, ESQ.
Defendant's Attorney

**THE DEFENDANT:**
[x] admitted guilt to violation of conditions _mandatory condition, special conditions_ of supervised release of the terms of supervision.

[ ] was found in violation of condition_____ after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date of Violation |
|---|---|---|
| Mandatory Condition | You shall not unlawfully possess a controlled substance | June 2009 |
| Special Condition | You shall remain on home confinement with electronic monitoring for 90 days. You are only authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Officer. You shall wear an Electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established by the Probation Office and the Administrative Office of the U.S. Courts. | June 2009 |
| Special Condition | You shall participate in a mental health treatment program approved by the Probation Office. | June 2009 |
| Special Condition | You shall pay the balance of the fine in minimum monthly installments of $50. | April 2008 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has not violated conditions _____ and is discharged as to such violations conditions.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or, mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**September 15, 2009**
Date of Imposition of Sentence

THOMAS I. VANASKIE
UNITED STATES DISTRICT JUDGE

9/16/09
Date

★U.S.GPO:1990-722-448/10286

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months.

IT IS FURTHER ORDERED that the defendant shall pay the fine balance of $875 to the Clerk, U.S. District Court.

[X] The defendant shall not possess a firearm, ammunition destructive device, or any other dangerous weapon.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at_____a.m./p.m. on_____.
    [ ] as notified by the U.S. Marshal.
[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [X] before 2 p.m. on October 13, 2009.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [X] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on_____to_____at

_____, with a certified copy of this judgment.

United States Marshal

Deputy Marshal